NO. 07-03-0303-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 30, 2003

_____

VAN HOOLEY AND ANGELA HOOLEY,
INDIVIDUALLY AND D/B/A VAN HOOLEY CONSTRUCTION, APPELLANTS

V.

THE ESTATE OF WELDON MCCLURE, DECEASED, APPELLEE

_____

FROM THE COUNTY COURT AT LAW OF RANDALL COUNTY;

NO. 2899-L; HONORABLE JAMES ANDERSON, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellants Van Hooley and Angela Hooley, individually and d/b/a Van Hooley

Construction, filed a Motion to Dismiss Appeal on September 26, 2003.

No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs herein having been paid, no order pertaining to costs is made.


James T. Campbell
Justice

2